UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN BARNHART and HOLLY
STUART-BRANHART, individually and
jointly and severally as husband and
wife,

        Plaintiffs,

v.                                  Case No:  2:11-cv-569-FtM-38UAM

AMERICAN HOME MORTGAGE
SERVICING, INC., WELLS FARGO
BANK, N.A. and CHICAGO TITLE
INSURANCE COMPANY,

        Defendants.
_____/

## **ORDER[1]**

On November 15, 2012, a Notice of Mediation (Doc. #44) was filed advising the Court that mediation would be held on or before June 17, 2013, which is the deadline set for mediation in the Case Management and Scheduling Order (Doc. #42). To date, the Court has not been advised as to the status of the mediation.

The Court notes that Plaintiffs have failed to update their mailing address with the Court. Mail that has been sent to the address previously provided to the Court at 1219 Rose Garden Road, Cape Coral, Florida 33914, has been returned as undeliverable. In an effort to keep Plaintiffs apprised of the case, the Court has resent filings in this

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

matter to the business mailing address on Plaintiffs' last correspondence with the Court at Gulf Gateway Realty, 1326 SE 47th Street, Cape Coral, Florida 33904.  See Doc. #47-1.  It is Plaintiffs' responsibility to keep the Court apprised of their current mailing address.  **If Plaintiffs do not participate in the prosecution of this matter, which includes meeting all the deadlines and requirements as set forth in the Court's Case Management and Scheduling Order, they are cautioned that the matter could be *dismissed* for failure to prosecute without further notice**. Plaintiffs are directed to file a notice with the Court informing the Court of their current mailing address and as to the status of the mediation..

Accordingly, it is now **ORDERED:**

(1) The Parties shall advise the Court on or before **August 6, 2013**, as to the status of the mediation.

(2) Plaintiffs shall have up to and including **August 6, 2013**, to file a notice with the Court informing the Court of their current mailing address.

(3) The Clerk of Court is directed to mail a copy of this Order to the Plaintiffs at all known addresses in the court file.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of July, 2013.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record